**IT IS SO ORDERED.**

**SIGNED THIS: February 14, 2022**

_____
**Thomas L. Perkins**
**United States Chief Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-81519 |
| Jason Andrew Eustice<br>Laura Ann Harper-Eustice<br>  *aka Laura Ann Harper* | Chapter 13 |
| Debtors. | Hon. Judge Thomas L. Perkins |

**AGREED ORDER RESOLVING THE MOTION FOR RELIEF FROM AUTOMATIC STAY**

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtors provided that said Debtors were to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 23 N 17th Ave, Canton, IL 61520 ("Property").

2. In breach of the terms of said Plan, the debtors failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the months of

    September 1, 2021 through November 1, 2021 in the amount of $776.92 each, the months of December 1, 2021 through February 1, 2022 in the amount of $781.00 each and attorney fees and costs of $1,238.00 for a total of $5,911.76.

3. In order to eliminate said post-petition delinquency, the Debtors hereby agree to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

   a. $985.30 on or before March 15, 2022
   b. $985.30 on or before April 15, 2022
   c. $985.30 on or before May 15, 2022
   d. $985.30 on or before June 15, 2022
   e. $985.30 on or before July 15, 2022
   f. $985.26 on or before August 15, 2022

4. These lump sum payments are in addition to the regular monthly payment in the amount of $781.00. The next monthly payment will be due March 1, 2022.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtors' account number and should be sent to:

   Rushmore Loan Management Services
   P.O. Box 52708
   Irvine, CA 92619-2708

6. In the event that said Debtors should fail to make any of the lump sum payments herein described on or before their specified due dates, Movant shall give fourteen (14) days' notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay. Debtors are limited to one (1) opportunity to cure default and upon a second default the Movant is granted Relief from Stay automatically.

7. Upon completion of the repayment schedule referenced above in Paragraph 3 or the tender of funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition payments directly to Creditor continuing monthly thereafter for the pendency of the bankruptcy.

8. If the Debtors fall behind a total of two (2) monthly post-petition payments and if said Debtors fail to bring the loan post-petition current within fourteen (14) calendar days after mailing notification to the Debtors and their attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as the property securing its interest upon filing of Notice of Stay Modification. Debtors are limited to one (1) opportunity to cure default and upon a second default the Movant is granted Relief from Stay automatically.

Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor


/s/ Spencer Lee Daniels
Spencer Lee Daniels
411 Hamilton Blvd #1708
Peoria, IL 61602
Phone: 309.673.1400
Fax: 309.673.3960
danielslaw@sbcglobal.net
Attorney for the Debtors

###